## Southern Ry. Co. v. Bradford.

*Damages for Killing Employe.*

(Decided Jan. 30, 1906, 40 So. Rep. 100.)

APPEAL from Birmingham City Court.
Heard before Hon. C. W. FERGUSON.

JAMES WEATHERLY, for appellant.

BOWMAN, HARSH & BEDDOW, for appellee.

Affirmed.

Opinion by DOWDELL, J.

TYSON, SIMPSON and ANDERSON, JJ., concur.

---

## Alabama Jail & Bridge Co. Marion County.

*Assumpsit.*

(Decided Jan. 30, 1906, 40 So. Rep. 100.)

APPEAL from Marion Circuit Court.
Heard before Hon. E. B. ALMON.

WALTER NESMITH, for appellant.

W. C. DAVIS, J. J. RAY and DANIEL COLLIER, for appellee.

Reversed and remanded.

Opinion by ANDERSON, J.

All the justices concur.

---

## Willman & Co. v. Ala. Brokerage Co.

*Attachment.*

(Decided Jan. 30, 1906, 40 So. Rep. 102.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. A. A. COLEMAN.

JOHN W. TOMLINSON and ROY McCULLOUGH, for appellant.

HINDS PEEVEY, for appellee.

Affirmed.

Opinion by SIMPSON, J.

TYSON, ANDERSON and DENSON, JJ., concur.